IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RAJENDRA BARMA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-934-DRH |
| | ) |
| **ROGER MULCH,** | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**HERNDON, Chief Judge:**

This cause is before the Court on Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is proceeding with counsel and has paid the $5 filing fee.

The instant application was initially filed on August 6, 2009, in the United States District Court for the Northern District of Illinois. On August 10, 2009, the Northern District of Illinois directed Petitioner to serve copies of this action on each respondent. On October 6, 2009, the Northern District of Illinois set a briefing schedule directing the Government to file its response by November 3, 2009. On November 4, 2009, based on the Government's response, the Northern District of Illinois transferred the case to this Court.

**IT IS HEREBY ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c),

*should all the parties consent to such a referral.*

    **IT IS SO ORDERED.**

    **DATED:** November 30, 2009

                                        /s/    DavidRHerndon
                                        **DISTRICT JUDGE**