IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAJENDRA BARMA,**

    **Plaintiff,**

**v.**

**ROGER MULCH, Jefferson County Sheriff,
RICARDO A. WONG, Field Office Director,
U.S. Immigration and Customs Enforcement,
and JANET NAPOLITANO, Secretary,
U.S. Department of Homeland Security,**

    **Defendants.**　　　　　　　　　**Case No. 09-cv-934-DRH-DGW**

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on the Report and Recommendations ("R&R") issued pursuant to **28 U.S.C. § 636(b)(1)(B)** by United States Magistrate Judge Wilkerson (Doc. 34). The R & R's conclusion, based on the Magistrate Judge's review of the record and the applicable law, is that the Petitioners Petition for Habeas Corpus Pursuant (Doc. 2) to **28 U.S.C. § 2241,** *et seq.* and **§§ 1131** and **1361**, as well as the Administrative Procedure Act, **5 U.S.C. § 704**, be denied.

    The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen (14) days of service. The time period in which to file an objection has lapsed. Neither party has filed any

objection. Therefore, pursuant to **28 U.S.C. § 636(b)** this Court need not conduct a *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**. Accordingly, the Court **ADOPTS** the R&R (Doc. 34) in its entirety and **DENIES** Petitioner Rajendra Barma's Petition for Habeas Corpus (Doc. 2).

  **IT IS SO ORDERED.**

Signed this 15th day of April, 2010

             /s/ *DavidRHerndon*
            **Chief Judge**
            **United States District Court**