## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAJENDRA BARMA,**

    Petitioner,

  v.

**ROGER MULCH, Jefferson County Sheriff,
RICARDO A. WONG, Field Office Director,
U. S. Immigration and Customs Enforcement,
and JANET NAPOLITANO, Secretary, U. S.
Department of Homeland Security,**

    Respondents.                              No. 09-CV-934-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on petitioner, **RAJENDRA BARMA'S**, Petition for Habeas Corpus, pursuant to **28 U.S.C. §2241**.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 15, 2010, the petition is **DENIED** and this case is **DISMISSED** with prejudice------------------------------------------------------------------------------------------------

                                         **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                      **BY:**        /s/*Sandy Pannier*
                                                **Deputy Clerk**

Dated: April 21, 2010

APPROVED: /s/ *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT